DISCIPLINARY COUNSEL *v*. AMADDIO AND WARGO.

[Cite as *Disciplinary Counsel v. Amaddio and Wargo*, ___ Ohio St.3d ___, 2021-Ohio-367.]

(No. 2019-0809—Submitted February 9—Decided February 10 2021.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an amended application for reinstatement by respondent, Mark Douglas Amaddio, Attorney Registration No. 0041276, last known business address in Beachwood, Ohio.

{¶ 2} The court coming now to consider its order of January 22, 2020, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of one year, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Amaddio and Wargo*, 158 Ohio St.3d 442, 2020-Ohio-141, 144 N.E.3d 418.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

———————————